```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15619
   DONNA M DOMANSKI
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2490

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/29/2006 and was confirmed 02/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
ADVANCED MEDICAL IMAGING  UNSECURED             215.00           .00           .00
AMERICASH LOANS LLC       UNSECURED            2823.13           .00           .00
AMERICASH LOAN            UNSECURED           NOT FILED          .00           .00
AMERICASH LOANS LLC       UNSECURED            1353.04           .00           .00
BESTSOURCE CREDIT UNION   UNSECURED           NOT FILED          .00           .00
BESTSOURCE CREDIT UNION   UNSECURED           NOT FILED          .00           .00
CAPITAL ONE               UNSECURED             630.65           .00           .00
CAPITAL ONE               UNSECURED             650.14           .00           .00
CINGULAR WIRELESS         UNSECURED           NOT FILED          .00           .00
CREDIT MANAGEMENT CONTRO  UNSECURED           NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED             623.83           .00           .00
FILENES BASEMENT          UNSECURED           NOT FILED          .00           .00
PREMIER BANCARD CHARTER   UNSECURED             245.03           .00           .00
ECAST SETTLEMENT CORP     UNSECURED             565.98           .00           .00
ECAST SETTLEMENT CORP     UNSECURED             532.37           .00           .00
MARSHALLS                 UNSECURED           NOT FILED          .00           .00
MERRICK BANK              UNSECURED            1122.43           .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED           NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED            1191.72           .00           .00
NORTHWESTERN MEMORIAL PH  UNSECURED           NOT FILED          .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED            1232.57           .00           .00
CAPITAL ONE               UNSECURED                .00           .00           .00
AMERICASH LOANS LLC       UNSECURED             308.43           .00           .00
LORRAINE GREENBERG & ASS  REIMBURSEMENT          40.00           .00         40.00
ILLINOIS DEPT OF REVENUE  UNSECURED                .00           .00           .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY         2,500.00                     1,871.12
TOM VAUGHN                TRUSTEE                                            141.88
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 15619 DONNA M DOMANSKI
```

```
-------------------------------------------------------------------------------
TRUSTEE                                      2,053.00

PRIORITY                                                              40.00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                     1,871.12
TRUSTEE COMPENSATION                                                 141.88
DEBTOR REFUND                                                           .00
                                           ---------------    ---------------
TOTALS                                       2,053.00            2,053.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 06 B 15619 DONNA M DOMANSKI